UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSAR EL MUHAMMAD,<br><br>             Plaintiff,<br><br>       v.<br><br>D. AZEVEDO, et al.,<br><br>             Defendants. | No.  2:21-cv-0894 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983. In an order filed August 5, 2021, this court dismissed plaintiff's complaint with leave to file an amended complaint. When plaintiff failed to file a timely amended complaint, on November 2, this court recommended dismissal of this action due to plaintiff's failure to comply with court orders and failure to prosecute. Plaintiff objected to that recommendation and sought reconsideration of this court's August 5 screening order. On January 13, 2022, this court denied reconsideration, vacated the recommendation for dismissal, and ordered plaintiff to file an amended complaint within thirty days if he wished to proceed with this case.

In a document filed February 14, plaintiff states that he wants to "withdraw this action on the public side of this court's record." Plaintiff states that he has an "impending 'PRIVATE ADMINISTRATIVE' Independent process" under the Ninth Amendment. It is not clear to this court just what plaintiff seeks by his February 14 filing.

1    Plaintiff is advised that he may either voluntarily dismiss this action, which means this
2 case will be closed, or he may file an amended complaint. This court will not convert this case to
3 some sort of proceeding that is not reflected on the court's public docket.
4    Plaintiff will be given one, final opportunity to file an amended complaint. If plaintiff
5 does, in fact, wish to dismiss this action, he shall so inform the court.
6    Accordingly, IT IS HEREBY ORDERED that within twenty (20) days of the filed date of
7 this order plaintiff shall either file an amended complaint or inform the court that he is voluntarily
8 dismissing this case. If plaintiff fails to comply with this order, this court will recommend this
9 action be dismissed.
10 Dated:  March 10, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/muha0894.fac eot(3)

2