1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANSAR EL MUHAMMAD,                          No.  2:21-cv-0894 KJM DB P

12                 Plaintiff,

13          v.                                    FINDINGS AND RECOMMENDATIONS

14    D. AZEVEDO, et al.,

15                 Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C.

18    §1983.  In an order filed August 5, 2021, this court dismissed plaintiff's complaint with leave to

19    file an amended complaint.  When plaintiff failed to file a timely amended complaint, on

20    November 2, this court recommended dismissal of this action due to plaintiff's failure to comply

21    with court orders and failure to prosecute.  Plaintiff objected to that recommendation and sought

22    reconsideration of this court's August 5 screening order.  On January 13, 2022, this court denied

23    reconsideration, vacated the recommendation for dismissal, and ordered plaintiff to file an

24    amended complaint within thirty days if he wished to proceed with this case.

25          In a document filed February 14, plaintiff stated that he wanted to "withdraw this action

26    on the public side of this court's record."  Plaintiff stated that he had an "impending 'PRIVATE

27    ADMINISTRATIVE' Independent process" under the Ninth Amendment.  In an order filed

28    March 11, 2022, this court noted that it was not clear just what plaintiff sought by his February 14

                                                    1

1  filing.  This court gave plaintiff twenty days to either file an amended complaint or notify the

2  court that he wishes to voluntarily dismiss this case.  Plaintiff was informed that if he failed to

3  comply with the court's March 11 order, this court would recommend this action be dismissed.

4        Twenty days have passed and plaintiff has not filed an amended complaint, notified the

5  court that he wishes to dismiss this case, or otherwise responded to the court's March 11 order.

6        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

7  prejudice for plaintiff's failure to prosecute and failure to comply with court orders.  <u>See</u> E.D.

8  Cal. R. 110; Fed. R. Civ. P. 41.

9        These findings and recommendations will be submitted to the United States District Judge

10  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after

11  being served with these findings and recommendations, plaintiff may file written objections with

12  the court.  The document should be captioned "Objections to Magistrate Judge's Findings and

13  Recommendations."  Plaintiff is advised that failure to file objections within the specified time

14  may result in waiver of the right to appeal the district court's order.  <u>Martinez v. Ylst</u>, 951 F.2d

15  1153 (9th Cir. 1991).

16  DATED:  April 25, 2022

17

18

19                                /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27  DLB:9
    DB Prisoner Inbox/Civil Rights/R/muha0894.fta  fr(2)

28

2